**KAZEROUNI LAW GROUP, APC**
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorney for Plaintiff,*
Theresa Colunga

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESA COLUNGA,**<br><br>             Plaintiff,<br><br>     vs.<br><br>**CREDIT CONTROL LLC,**<br><br>             Defendants. | Case No.:  2:21-CV-03081-CJC (KESx)<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Complaint Filed: April 9, 2021 |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Parties stipulate and agree, subject to and upon the Court's approval, that this action, including all claims and counterclaims, shall be dismissed without prejudice. The Parties further stipulate to bear their own respective fees and costs in this matter.

Dated: August 11, 2021                     Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                       By:    */s/ Gil Melili*
                                                    GIL MELILI, ESQ.
                                                    *Attorney for Plaintiff*
                                                    Theresa Colunga

Dated: August 11, 2021	Respectfully submitted,

/s/ Brett B. Goodman

BRETT B. GOODMAN
*Attorney for Defendant*
Credit Control LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing and that attestation was approved on this Wednesday, August 11, 2021, 2020 at Costa Mesa, California.

By: */s/ Gil Melili*
GIL MELILI, ESQ.

**CERTIFICATE OF SERVICE**

Case Name: **Colunga v. Credit Control LLC**

Case No.: **2:21-cv-03081-CJC (KESx)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. On August 11, 2021, I served the within document(s):

- **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**

  ☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 11, 2021, at Costa Mesa, California.

By: */s/ Gil Melili*
GIL MELILI, ESQ.